UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

24-CR-20168-ALTONAGA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOSEPH JULES PLACHER,

    Defendant.

_____/

## WRITTEN PLEA OF NOT GUILTY
## AND
## WAIVER OF APPEARANCE AT ARRAIGNMENT
## PURSUANT TO RULE 10

Comes now the Defendant, **JOSEPH JULES PLACHER**, pursuant to Rule 10, of the Federal Rules of Criminal Procedure, and files this written plea of not guilty to the Superseding Indictment and waives his appearance at the arraignment, presently set for Friday, September 6th, 2024, at 10AM.

The Defendant has received a copy of the Superseding Indictment; and the charges have been explained to him by undersigned counsel. Defendant enters a plea of not guilty.

_____ 29/08/24
JOSEPH JULES PLACHER        Date

1

Respectfully submitted,

**S. PATRICK DRAY, P.A.**
333 SE 2nd Ave., Suite 2000
Miami, FL 33131

Tel: (305) 379-4501
Fax: (786) 513-2244

By: s// S. Patrick Dray
S. PATRICK DRAY, Esq.
FLORIDA BAR NO.: 0180157
pat@patdray.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 3rd, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

By: s// S. Patrick Dray
S. PATRICK DRAY, Esq.